LEAVITT J. HUNT and Another, as Executors, etc., of JOSEPH HOWLAND HUNT, Deceased, and MAZIE E. HUNT, Individually, Respondents, v. VELMA GLENN HODGES LANEHART and Another, Defendants, Impleaded with HARTUNE MICHAEL-

YAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.